IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Erin J. Boose,

        Plaintiff,

-vs-

Commissioner of Social Security,

        Defendant.

Case No. 3:16 CV 2368

ORDER AFFIRMING
<u>DENIAL OF BENEFITS</u>

JUDGE JACK ZOUHARY

    Plaintiff Erin Boose timely filed a Complaint (Doc. 1) against the Commissioner of Social Security, seeking judicial review of the Commissioner's decision to deny her disability insurance benefits. This Court has jurisdiction under 42 U.S.C. § 405(g), and the case was referred to Magistrate Judge Ruiz for a Report and Recommendation ("R&R") under Local Rule 72.2(b)(1). Following briefing (Docs. 12, 14–15), the Magistrate Judge issued an R&R, recommending this Court affirm the final decision of the Commissioner (Doc. 16). The matter is now before this Court on Boose's Objection to the R&R (Doc. 18) and Defendant's Response (Doc. 19).

    All the arguments raised in Boose's Objection were previously raised in her briefs (Docs. 12-1, 15) on the merits and addressed in the R&R. She argues that the Magistrate Judge erred in the same manner as the Administrative Law Judge (ALJ) -- that is, by failing to recognize that the ALJ's residual functional capacity (RFC) determination did not account for certain limitations identified by state psychological consultants.

In accordance with *Hill v. Duriron Co.*, 656 F.2d 1208 (6th Cir. 1981) and 28 U.S.C. § 636(b)(1)(B) & (C), this Court has made a *de novo* determination regarding the Magistrate Judge's findings. This determination included a review of the administrative record and the hearing before the ALJ. Because the R&R accurately discusses record facts and correctly applies the law to Boose's claim, this Court adopts the R&R in full and rejects Boose's re-raised arguments for the reasons contained in the R&R. Specifically, this Court agrees that the ALJ's RFC determination adequately incorporated Boose's work-related limitations, as identified by Drs. Tangeman and Demuth.

This Court therefore denies the Objection (Doc. 18) and adopts the R&R (Doc. 16).

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

August 8, 2017